JUDGE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR07-5556BHS |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING MOTION TO CONTINUE PRETRIAL MOTIONS' DEADLINE |
| RAMON L. MALDONADO, | ) | |
| Defendant. | ) | |

Upon motion of the defendant to continue the pretrial motions' due date, the Court finds that such a continuance would serve the ends of justice; therefore,

IT IS HEREBY ORDERED that the pretrial motions' due date in this matter be continued to February 20, 2008.

DONE this 30th day of January, 2008.

_____
BENJAMIN H. SETTLE
United States District Judge

by:

/s/ Russell V. Leonard
Russell V. Leonard
Attorney for Defendant

/s/ Ye-Ting Woo
Ye-Ting Woo
Assistant United States Attorney

ORDER GRANTING MOTION
TO CONTINUE PRETRIAL MOTIONS DEADLINE     1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710